**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000314
09-DEC-2024
07:52 AM
Dkt. 48 OGMD**

NO. CAAP-21-0000314

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE ARBITRATION BETWEEN UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO, Union-Appellee, and
CITY AND COUNTY OF HONOLULU,
DEPARTMENT OF ENVIRONMENTAL SERVICES, REFUSE DIVISION
(FAILURE OF PROVIDE INFORMATION; DA-15-13A)(2018-008)(2019-017),
Employer-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1SP181000120)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the Notice of Withdrawal of Appeal, which the court construes as a motion to dismiss the appeal, filed December 4, 2024, by Employer-Appellant City and County of Honolulu, Department of Environmental Services, Refuse Division, the papers in support, and the record, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed. Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, December 9, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge